**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH C. CAMPO, SB# 150035
  E-Mail: Joe.Campo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff, LEAD MASTERS INSURANCE MARKETING AND FINANCIAL NETWORK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEAD MASTERS INSURANCE MARKETING AND FINANCIAL NETWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ONE LIFE AMERICA, INC. and DOES 1 through 20 inclusive, a Mississippi Corporation, <br><br> Defendant. | CASE NO. 2:18-cv-00122-FMO-JC <br><br> **ORDER GRANTING MODIFIED VERSION OF STIPULATED PROTECTIVE ORDER** <br><br> Trial Date: None Set |

THE COURT HAVING REVIEWED AND CONSIDERED THE STIPULATED PROTECTIVE ORDER, IT IS HEREBY ORDERED:

The aforementioned Stipulation is ENTERED with the following modifications:

1. Paragraph 12 is modified to read as follows: Acknowledgment of Consultants and Experts to Receive Covered Materials. CONFIDENTIAL material/Covered Material shall not be provided to any expert, consultant or Auditor unless such expert, consultant or Auditor has signed a copy of the

ACKNOWLEDGEMENT attached to this Protective Order indicating that such expert, consultant, or Auditor has read and agrees to be bound by the terms of this Protective Order.

2. Paragraph 13 is modified to read as follows: Records of Persons with Access to Confidential Materials and Use Limits. The undersigned counsel shall maintain a list of persons to whom Covered Material is disclosed, and such list shall be available for inspection by the Court and/or counsel for any party in this action at the conclusion of the litigation. Covered Material shall not be provided to any person (other than the court/court personnel) unless such person explicitly agrees to be bound by this Order, to refrain from disclosing Covered Material to any other person except as permitted by this Protective Order, and to refrain from using such material for any purpose other than the prosecution or defense of this action, except by consent of the Designating Party or by order of the Court.

3. Paragraph 14 is modified to read as follows: Submission to the Court's Jurisdiction. Confidential Material shall not be supplied to any individual (other than the court/court personnel) unless such individual explicitly agrees to subject himself or herself to the jurisdiction of the Court for the purpose of any proceedings relating to the performance under, compliance with, or violation of this Protective Order.

4. Paragraph 15 is modified to read as follows: Use of Confidential Materials During Hearings and Trial. The terms of this Protective Order do not apply to the use of Covered/CONFIDENTIAL Material during hearings and trial. The parties agree to meet and confer in good faith prior to any hearing and trial regarding procedures for the use of Covered/CONFIDENTIAL Material at such proceeding. The use of Covered/CONFIDENTIAL Material during a hearing or at trial shall be governed by the orders of the presiding judge.

///

LEWIS BRISBOIS

4851-8419-3894.1

2

[PROPOSED] ORDER

5. Paragraph 16 is modified to read as follows: Protecting Covered Material. Covered Material shall not be supplied to any person (other than the court/court personnel) unless such person explicitly agrees to maintain such material in a secure and safe area and to exercise due and proper care with respect to the storage, custody, use, and/or dissemination of such material.

IT IS SO ORDERED

DATED: May 17, 2018

_____/s/_____
Hon. Jacqueline Chooljian
United States Magistrate Judge